

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALEXANDER BAYONNE STROSS,<br><br>Plaintiff,<br><br>v.<br><br>Z LIFESTYLE, LLC,<br><br>Defendant. | Case No.: 3:20-cv-00177-BEN-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 4] |
|---|---|

The Court has considered Plaintiff Alexander Bayonne Stross ("Plaintiff") and Defendant Z Lifestyle, LLC's ("Defendant") joint motion to extend time to respond to the complaint. For good cause shown, the Motion is **GRANTED**. The Defendant shall have until March 18, 2020, to file its Answer or otherwise respond to the Complaint. No further continuances will be granted without just cause.

**IT IS SO ORDERED.**

Dated: March 5, 2020

HON. ROGER T. BENITEZ
United States District Judge

3:20-cv-00177-BEN-AGS