

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Bayonne Stross | |
| **Plaintiff,** | Civil Action No. 20-cv-00177-DMS-AGS |
| V. | |
| Z Lifestyle LLC, doing business as Worldlifestyle.com | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, Plaintiff's motion for default judgment is GRANTED. Defendant shall make payment to Plaintiff in the amount of $23,709.99 within thirty (30) days of this Order. Within fourteen (14) days of this Order, Plaintiff shall file documentation supporting additional fees and costs and the appropriate interest rate. In addition, Defendant is hereby ENJOINED from posting the Photo on its website or engaging in further removal of the Photo's CMI, as discussed. The Clerk of Court is instructed to enter judgment in favor of Plaintiff and close the case.

Date:  11/5/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M. Exler

M. Exler, Deputy