UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>   Plaintiff,<br><br>v.<br><br>Z LIFESTYLE LLC,<br><br>   Defendant. | Case No.:  20-cv-177-DMS-AGS<br><br>**ORDER AMENDING JUDGMENT** |

On November 5, 2020, the Court granted Plaintiff's motion for default judgment. (ECF No. 22.)  The Court awarded Plaintiff $14,500.00 in statutory damages, $454.99 in costs, and $8,755.55 in attorneys' fees, based off a rate of $400 per hour for Plaintiff's lead counsel and $150 per hour for Plaintiff's summer associates and paralegals. (*Id.*)  The Court directed Plaintiff to file additional documentation supporting attorneys' fees for the expenditure of time preparing Plaintiff's reply to Defendant's opposition to the motion for default judgment. (*Id.*)

Plaintiff filed additional documentation on November 19, 2020.  (ECF No 24.) Counsel declared Plaintiff incurred $2,080.00 in the preparation of Plaintiff's reply and

submitted an itemized invoice that reflected the billing rates ordered by the Court. (*See* Ex. A to ECF No. 24.)  After reviewing Plaintiff's documentation, the Court finds Plaintiff's expenditure of approximately eight additional hours in this matter to be reasonable.  Accordingly, the Court grants Plaintiff an additional $2,080.00 in attorneys' fees.

Plaintiff is further entitled to post-judgment interest. *See Air Separation, Inc. v. Underwriters at Lloyd's of London*, 45 F.3d 288, 290 (9th Cir. 1995) ("Under the provisions of 28 U.S.C. § 1961, postjudgment interest on a district court judgment is mandatory.").  The post-judgment interest rate is calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).  Here, judgment was entered on November 5, 2020. (ECF No. 23.)

For the foregoing reasons, it is hereby **ORDERED** that:

1. The judgment against Defendant is amended to reflect the additional award of $2,080.00 in attorneys' fees;
2. Defendant shall make payment to Plaintiff in the amount of **$25,789.99** within thirty (30) days of this Order for statutory damages, costs, and attorneys' fees of $23,709.99 awarded under the Court's November 5, 2020 Order, and $2,080.00 for attorneys' fees related to the preparation of Plaintiff's reply, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

Dated:  December 1, 2020

Hon. Dana M. Sabraw
United States District Judge